LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 14-08790 BRO (SSx) | Date | March 10, 2015 |
|---|---|---|---|
| Title | NICHOLAS TIRABASSI V. CHASE HOME FINANCE, LLC ET AL | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**    (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE DEFENDANTS' MOTION TO DISMISS [18]

Pending before the Court is a Motion to Dismiss filed by Defendants U.S. Bank National Association, Select Portfolio Servicing, Inc., and Deutsche Bank National Trust Company (collectively, "Defendants"). (Dkt. No. 18.) The matter is currently set for hearing on March 23, 2015. Under the Central District's Local Rule 7-9, a party must oppose a motion at least twenty-one (21) days prior to the scheduled hearing date. *See* C.D. Cal. L.R. 7-9. Accordingly, Plaintiff's opposition was due no later than March 2, 2015. Yet as of today, Plaintiff has not filed an opposition. Pursuant to Local Rule 7-12, a party's failure to oppose a motion "may be deemed consent to the granting . . . of the motion." C.D. Cal. L.R. 7-12.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** as to why Defendants' Motion to Dismiss should not be granted. Plaintiff's response to this Order shall be filed **by no later than Thursday, March 12, 2015, at 4:00 p.m.** An appropriate response will include reasons demonstrating good cause for Plaintiff's failure to timely oppose Defendants' Motion to Dismiss.

**IT IS SO ORDERED.**

| | : |
|---|---|
| Initials of Preparer | rf |