LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | **CV 14-08790 (BRO) (SSx)** | Date | June 15, 2015 |
|---|---|---|---|
| Title | **NICHOLAS TIRABASSI V. CHASE HOME FINANCE, LLC ET AL.** | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE

   Plaintiff Nicholas Tirabassi ("Plaintiff") initiated this action against Defendants Chase Home Finance, LLC; JPMorgan Chase Bank, N.A.; U.S. Bank National Association; Select Portfolio Servicing, Inc.; and Deutsche Bank National Trust Company (collectively, "Defendants") in November 2014.  (Dkt. No. 1.)  The Court set a Rule 26(f) scheduling conference for June 15, 2015, at 1:30 p.m.  (Dkt. No. 36.)  In preparation for the conference, Defendants' attorneys attempted to meet and confer with Plaintiff's counsel to prepare a joint Rule 26(f) report.  (Dkt. No. 37.)  Although Plaintiff's counsel initially responded with dates of availability, he did not respond to later attempts to schedule a specific time to confer.  Defendants' respective counsels agreed to meet the morning of June 8, 2015 and invited Plaintiff's counsel to attend.  Plaintiff's counsel did not respond to the invitation or participate in the June 8, 2015 conference.  Plaintiff's counsel also failed to appear before the Court on June 15, 2015.

   Accordingly, Plaintiff is **ORDERED** to show cause as to why this case should not be dismissed for failure to prosecute.  *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962) (finding district court did not abuse discretion in dismissing the plaintiff's complaint where counsel failed to appear at a pretrial conference).  Plaintiff's response to this Order must be filed **no later than Monday, June 22, 2015, at 12:00 p.m.**

   **IT IS SO ORDERED.**                                                                                                       :

                                                                                                              Initials of Preparer        rf